IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

No. 11-1326

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| Respondent-Appellant, | ) | District Court for the Northern |
| | ) | District of Illinois, Eastern Division |
| | ) | |
| vs. | ) | No. 02 C 6998 |
| | ) | |
| DARRYL L. JOHNSON, | ) | Honorable William J. Hibbler, |
| Petitioner-Appellee. | ) | Judge Presiding. |
| | ) | |

## GOVERNMENT'S MOTION TO DISMISS ITS APPEAL

The UNITED STATES OF AMERICA, by its attorney, PATRICK J.
FITZGERALD, United States Attorney for the Northern District of Illinois,
moves to dismiss its appeal from the judgment granting defendant's motion
under 28 U.S.C. § 2255.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    s/David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643

## Certificate of Service

I hereby certify that on May 26, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 s/ David E. Bindi
DAVID E. BINDI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7643
david.bindi@usdoj.gov

2