# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 26, 2011

| No.: 11-1326 | DARRYL L. JOHNSON,<br>Petitioner - Appellee<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellant |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:02-cv-06998<br>Northern District of Illinois, Eastern Division<br>District Judge William J. Hibbler | |

Upon consideration of the **GOVERNMENT'S MOTION TO DISMISS APPEAL**, filed by Appellant United States of America, on May 26, 2011,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)