**No. 11-1443**

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent-Appellant*, | ) | |
| | ) | No. 02 C 6998 |
| v. | ) | |
| | ) | Honorable William J. Hibbler, |
| **DARRYL LAMONT JOHNSON**, | ) | Judge, Presiding. |
| | ) | |
| *Petitioner-Appellee.* | ) | |

**APPELLEE'S MOTION TO VOLUNTARILY DISMISS**
**CROSS-APPEAL WITHOUT PREJUDICE**

Darryl Lamont Johnson, through his court-appointed counsel, Terence H. Campbell of Cotsirilos, Tighe & Streicker, and Lorinda M. Youngcourt, hereby moves this Court, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, to voluntarily dismiss his Cross-Appeal in this matter, without prejudice.  In support of this motion, Petitioner-Appellee states as follows:

1.      On December 13, 2010, the district court granted Petitioner's § 2255 petition and ordered a new sentencing hearing.  On February 10, 2011, the government filed a Notice of Appeal of the district court's December 13, 2010 order.  That appeal was assigned Case No. 11-1326.

2.      Petitioner filed a Motion to Dismiss the government's appeal because it was premature, as there was no "final order" (*i.e.* a new sentence) for the government to appeal.  Because of the government's Notice of Appeal, however, Petitioner also filed a protective Notice of Cross-Appeal as to certain other rulings by the district court.  Petitioner's cross-appeal was assigned Case No. 11-1443.

3.      On May 26, 2011, the government dismissed its appeal and, as such, Petitioner Johnson would like now to dismiss his cross-appeal, without prejudice to his ability to file an appeal or cross-appeal once there is a final order in the underlying case(s).  An affidavit from Petitioner authorizing this motion is attached hereto as Exhibit A.

WHEREFORE, Appellee Darryl Johnson respectfully requests that this Court issue an Order dismissing his cross-appeal without prejudice.

Respectfully submitted,

*/s/ Terence H. Campbell*
Terence H. Campbell
Cotsirilos, Tighe, Streicker, Poulos & Campbell
33 North Dearborn, Suite 600
Chicago, IL 60602
(312) 263-0345

**No. 11-1443**

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent-Appellant*, | ) | No. 02 C 6998 |
| | ) | |
| **v.** | ) | Honorable William J. Hibbler, |
| | ) | Judge, Presiding. |
| **DARRYL LAMONT JOHNSON**, | ) | |
| | ) | |
| *Petitioner-Appellee.* | ) | |

### NOTICE OF FILING & PROOF OF SERVICE

**To:**    David Bindi
       Assistant United States Attorney
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604

Please take notice that on this 30th day of September, 2011, I electronically filed the foregoing Motion to Voluntarily Dismiss Cross-Appeal Without Prejudice with the Clerk of the Court for the United States Court of Appeals for te Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


                                        */s/ Terence H. Campbell*
                                        Terence H. Campbell

# EXHIBIT A

## **AFFIDAVIT**

I, Darryl L. Johnson, state that the following is true and correct to the best of my knowledge under penalty of perjury under 28 U.S.C. §1746.

1.      I am the Petitioner in the case entitled *United States v. Darryl Johnson*, Case No. 02 C 6998, a Section 2255 case now pending before the Honorable William J. Hibbler in the Northern District of Illinois.  I am over 18 years of age.

2.      On December 13, 2010, the district court granted my § 2255 petition and ordered a new sentencing hearing.

3.      On February 10, 2011, the government filed a Notice of Appeal of the district court's December 13, 2010 order requiring a new sentencing hearing.  That appeal was assigned Case No. 11-1326 by the Seventh Circuit Court of Appeals.  I filed a Motion to Dismiss the government's appeal because it was premature, as there was no "final order" (*i.e.* a new sentence) for the government to appeal.  Because of the government's Notice of Appeal, however, I filed a protective Notice of Cross-Appeal as to certain other rulings by the district court.  The government has now dismissed its appeal and, as such, I would like to dismiss my cross-appeal, without prejudice to my ability to file an appeal or cross-appeal once there is a final order in the underlying case(s).

Further, Affiant sayeth not.

8/22/11
_____
Date

_____
Darryl L. Johnson